FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Symington, Thomas James<br><br>　　　　　　　Defendant. | Case No.: SA CR 03-163-JVS ✓<br>　　　　　　SA CR 03-268-JVS<br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backgrd info unknown; unknown bail resources; conduct in failing to comply w/ conds of CaJo supervision; evid of on-going substance abuse problem, despite completion of treatment programs on prior occasions___

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___criminal history record; substance abuse history___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __1/5/10__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE